### Philip Naughton, Defendant in Error, v. Carl A. Anderson, Plaintiff in Error.

#### Gen. No. 16,325.

This case is controlled by the decision in Sherman v. Green, 152 Ill. App. 166.

Forcible detainer. Error to the Municipal Court of Chicago; the Hon. MICHAEL F. GIRTEN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1909. Reversed and remanded. Opinion filed May 3, 1910.

ROBERT F. KOLB, for plaintiff in error.

No appearance by defendant in error.

MR. PRESIDING JUSTICE CHYTRAUS delivered the opinion of the court.

A judgment was rendered against defendant, Anderson, by the Municipal Court in a forcible detainer suit. He had entered no appearance. The only service, as shown by the return upon the summons, was by leaving a copy of the summons at his usual place of abode with his mother, because, as the return states, of "the said defendant not being found". Under the decision of this court in Sherman v. Green, 152 Ill. App. 166, this judgment must be reversed and the cause remanded.

*Reversed and remanded.*